UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:16-cr-00015-RLY-CSW-7 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (COMPASSIONATE RELEASE) |
| JAMES DEVAULT | |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ GRANTED. Defendant's previously imposed sentence of imprisonment of 180 months is reduced to time served. The 5-year term of supervised release remains.

☒ OTHER: Defendant's USM Number is 07407-028. This Order is stayed for up to **14 days** to make appropriate arrangements to transition Defendant from home incarceration to supervised release. There shall be no delay in ensuring that those arrangements are made. If more than 14 days are needed, the parties shall immediately notify the Court and show cause why the stay should be extended.

☒ FACTORS CONSIDERED: Defendant is currently serving his term of imprisonment on home incarceration. He is scheduled to finish his term of imprisonment and move to his 5-year term of supervised release on December 18, 2026. He asks the Court to reduce his term of imprisonment to time served so that he can be moved to supervised release immediately and have more of an opportunity to care for his dying mother. Dkt. 357. The United States does not oppose the motion.

Dkt. 359. Accordingly, for the reasons stated in Defendant's motion for compassionate release, the Court finds that extraordinary and compelling reasons warrant a sentence reduction, that Defendant does not pose a danger to any other person or the community, and that the sentencing factors in 18 U.S.C. § 3553(a) weigh in favor of granting the motion. Defendant's motion for compassionate release, dkt. [357], is **granted**.

**IT IS SO ORDERED.**

Dated: September 22, 2026

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James Devault
4405 E. Riverside Drive
Evansville, IN 47714

All Electronically Registered Counsel